**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00722-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JAMES ROBERT GRESHAM,

    Applicant,

v.

COLORADO DEPARTMENT OF PAROLE,
JOE MORALES, (Chairperson), Director, and
DENIS BALAZIC, Hearing Officer,

    Respondents.

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCY**

Applicant James Robert Gresham initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and an "Inmate Motion Requesting to Filed Without Prepayment of Filing/Service Fees Pursuant to § 13-17.5-103 C.R.S."

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ prisoner's trust fund statement is not certified
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) _X_ is not on proper form (must use the Court's current form used in filing prisoner civil rights complaints)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application

1

(8) ____    An original and a copy have not been received by the court.
            Only an original has been received.
(9) ____    other:

**Complaint, Petition or Application**:
(10) ____   is not submitted
(11) ____   is not on proper form (must use a Court-approved form used in filing prisoner civil rights complaints)
(12) ____   is missing an original signature by the prisoner
(13) ____   is missing page nos. ____
(14) ____   uses et al. instead of listing all parties in caption
(15) ____   An original and a copy have not been received by the court. Only an original has been received.
(16) ____   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ____   names in caption do not match names in text
(18) ____   other:

Accordingly, it is

ORDERED that Applicant cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the proper Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to File Pursuant to 28 U.S.C.§ 1915 in a Habeas Corpus Action, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. for use in curing the deficiency. It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 29, 2016, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge